IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ZACHARY, | : |
| | : Case No. 2:17-cv-03972-NIQA |
| Plaintiff | : |
| v. | : |
| MIDLAND FUNDING LLC, | : |
| MIDLAND CREDIT MANAGEMENT, | : |
| INC., and ENCORE CAPITAL | : |
| GROUP, INC. | : |
| Defendants. | : |

**DEFENDANTS' MOTION TO DISMISS IN PART PLAINTIFF'S COMPLAINT**

Defendants Midland Funding LLC, Midland Credit Management, Inc. and Encore Capital Group, Inc. respectfully move the Court to dismiss certain claims pled in Plaintiff's Complaint for the reasons more fully set forth in the accompanying Memorandum of Law.

Respectfully submitted,

**BARRON & NEWBURGER, P.C.**

By: /s/ Lauren M. Burnette
LAUREN M. BURNETTE, ESQUIRE
PA I.D. No. 92412
450-106 State Road 13 N., Suite 326
St. Johns, FL 32259
(904) 201-9120
lburnette@bn-lawyers.com
Counsel for Defendants

Dated:  September 12, 2017

**CERTIFICATE OF SERVICE**

    I certify that on September 12, 2017, a true copy of the foregoing document was served on all counsel of record via CM/ECF.

                           **BARRON & NEWBURGER, P.C.**

By:   */s/ Lauren M. Burnette*
       LAUREN M. BURNETTE, ESQUIRE
       PA I.D. No. 92412
       450-106 State Road 13 N., Suite 326
       St. Johns, FL 32259
       (904) 201-9120
       lburnette@bn-lawyers.com
       Counsel for Defendants

Dated:  September 12, 2017