# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRENDA ZACHARY** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 17-3972 |
| v. | : | |
| | : | |
| **MIDLAND FUNDING LLC,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 18th day of July 2018, upon consideration of Defendants' *partial motion to dismiss Plaintiff's complaint*, [ECF 5], Plaintiff's opposition thereto, [ECF 6], Defendants' reply, [ECF 9], and the allegations contained in the complaint, [ECF 1], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' motion is **GRANTED,** in part, as follows:

(1) the motion to dismiss is **GRANTED**, in part, with respect to Counts I, II, II, and in its entirety with respect to Counts V and VI; and

(2) Plaintiff's claims for defamation (Count IV) are deemed withdrawn.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*