IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENDA ZACHARY, | : |
| | : Case No. 2:17-cv-03972-NIQA |
| Plaintiff | : |
| v. | : |
| MIDLAND FUNDING LLC, MIDLAND CREDIT MANAGEMENT, INC., and ENCORE CAPITAL GROUP, INC., | : |
| Defendants. | |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to Plaintiff's voluntary dismissal of her claims against Defendant, with prejudice and without costs or attorneys' fees to either party.

| | |
|---|---|
| *s/ Christopher S. Froba* | *s/ Lauren M. Burnette* |
| CHRISTOPNER S. FROBA | LAUREN M. BURNETTE |
| **LAW OFFICE OF** | **MESSER STRICKLER, LTD.** |
| **MARC R. GORDON, P.C.** | 450-106 State Road 13 N., Suite 326 |
| 101 Greenwood Ave., Suite 460 | St. Johns, FL 32259 |
| Jenkintown, PA 19046 | *Counsel for Defendants* |
| *Counsel for Plaintiff* | |

Date: September 17, 2018